IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA MATTHEWS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BROOKSTONE STORES, INC., *et al.*, | ) |
|     Defendants. | ) |
| | )   CIVIL ACTION 05-0369-WS-C |
| | ) |
| BROOKSTONE STORES, INC., | ) |
|     Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| D&M SALES, INC., | ) |
|     Third-Party Defendant. | ) |

**ORDER**

      This matter is before the Court on defendant Christopher Lozzio's Motion to Dismiss Plaintiff's Revised First Amended Class Action Complaint (doc. 58).  Lozzio maintains that the claims against him should be dismissed for, *inter alia*, want of personal jurisdiction, inasmuch as he asserts that he lacks sufficient contacts with the State of Alabama to be haled into court in this forum.  In an Order (doc. 66) dated December 22, 2005, the undersigned granted plaintiff's request to conduct limited jurisdictional discovery to investigate Lozzio's contacts with Alabama.  Such jurisdictional discovery having concluded, plaintiff now submits a Response (doc. 76) to the Motion to Dismiss, stating that she "consents to the dismissal of all claims against Defendant Lozzio." (*Id.*, ¶ 1.)  Thus, it appears that the parties are in agreement that personal jurisdiction is lacking with respect to Lozzio, and that he therefore should be released from this lawsuit without delay.

      In light of plaintiff's concurrence that dismissal of all claims against defendant Lozzio is appropriate, the Motion to Dismiss (doc. 58) is hereby **granted**.  All claims against defendant Christopher Lozzio are **dismissed without prejudice**, and the Clerk's Office is directed to

terminate Lozzio as a party to these proceedings.[1]  However, nothing herein dismisses or otherwise impairs plaintiff's claims against the remaining defendants, Brookstone Stores, Inc. and D&M Sales, Inc.  This action shall proceed with respect to plaintiff's claims against those two remaining defendants, as well as the third-party claims leveled by Brookstone Stores, Inc. against D&M Sales, Inc.

    DONE and ORDERED this 1st day of February, 2006.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE

---

[1] The dismissal is without prejudice because it is predicated on lack of personal jurisdiction, not on the merits.  To the extent that plaintiff wishes to file suit against Lozzio in some other forum where personal jurisdiction would properly lie, nothing in this Order would preclude her from doing so.